UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN BURKHARDT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EXTRA SPACE MANAGEMENT INC., a Utah Corporation, and DOES 1 to 50, inclusive<br><br>Defendants. | No. 2:25-cv-00547-DJC-CKD |
| JORDAN BURKHARDT, an individual, on behalf of himself and on behalf of all persons similarly situated<br><br>Plaintiff,<br><br>v.<br><br>EXTRA SPACE MANAGEMENT INC., a Utah Corporation, and DOES 1 to 50, inclusive,<br><br>Defendants | No. 2:25-cv-00548-DJC-CKD<br><br><u>RELATED CASE ORDER</u> |

Defendants have filed a notice of related cases in both of the above-captioned actions.  Examination of these actions reveals that they are related within the meaning

1

of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort."  Local Rule 123(a)(3). Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.  Here, both cases have been assigned to Magistrate Judge Carolyn K. Delaney and District Judge Daniel J. Calabretta, and thus there is no need to reassign them or change their case caption.  The Court issues this Order solely to indicate that these matters are related.

IT IS SO ORDERED.

Dated:   **March 7, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC5 – burkhardt25cv00547, burkhardt25cv00548.related_cases

2