Timothy B. Del Castillo (SBN 277296)
tdc@castleemploymentlaw.com
Lisa L. Bradner (SBN 197952)
lb@castleemploymentlaw.com
Kent L. Bradbury (SBN 279402)
kb@castleemploymentlaw.com
**Castle Law: California Employment Counsel, PC**
2999 Douglas Blvd., Suite 180
Roseville, CA 95661
Tel: (916) 245-0122

Attorneys for Plaintiff JORDAN BURKHARDT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN BURKHARDT, an individual,<br><br>               Plaintiff,<br><br>    v.<br><br>EXTRA SPACE MANAGEMENT, INC., a Utah Corporation, and DOES 1 to 50, inclusive,<br><br>               Defendants. | Case No.: 2:25-cv-00547-DJC-CKD<br><br><br>**JOINT MOTION TO DISMISS ENTIRE ACTION AND ORDER OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]**<br><br><br>State Complaint Filed: January 15, 2025<br>Removal Date: February 18, 2025<br>Trial Date: Not Set |

JOINT MOTION TO DISMISS ENTIRE ACTION AND ORDER OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]

Bret Martin (SBN 304658)
E-Mail: bmartin@fisherphillips.com
Madeleine M. Nadeau (SBN 334366)
E-Mail: mnadeau@fisherphillips.com
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

Attorneys for Defendant EXTRA SPACE MANAGEMENT, INC.

JOINT MOTION TO DISMISS ENTIRE ACTION AND ORDER OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]

**JOINT MOTION TO DISMISS**

Plaintiff JORDAN BURKHARDT ("Plaintiff") and Defendant EXTRA SPACE MANAGEMENT, INC, ("Defendant") (collectively the "Parties") jointly stipulate to dismiss this action in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**RECITALS**

In support of this Stipulation, the Parties state the following recitals:

**I. PROCEDURAL HISTORY**

On January 15, 2025, Plaintiff filed this individual action in Sacramento County Superior Court, asserting the following causes of action: (1) Disability Discrimination in Violation of Cal. Gov't Code § 12940(a); (2) Failure to Engage in the Interactive Process in Violation of Cal. Gov't Code § 12940(n); (3) Failure to Provide Reasonable Accommodation in Violation of Cal. Gov't Code § 12940(m); (4) Failure to Take All Reasonable Steps to Prevent Discrimination in Violation of Cal. Gov't Code § 12940(k); (5) Retaliation in Violation of FEHA (Cal. Gov't Code § 12940(h)); (6) Retaliation in Violation of CFRA (Cal. Gov't Code § 12945.2, et seq.); and (7) Wrongful Termination in Violation of Public Policy. On February 18, 2025, Defendant removed this action to this Court.

On July 30, 2025, this Court granted Defendant's Motion to Compel Arbitration and Stay the Action (ECF No. 7) pending the resolution of Plaintiff's individual arbitrable claims.

**STIPULATION**

The Parties hereby stipulate as follows:

1.    The Parties wish to dismiss this action because they were ultimately able to resolve this case as part of an individual settlement.

2.    As part of the settlement, the Parties stipulated to dismiss Plaintiff's individual claims with prejudice, as alleged in this action.

3.    The Parties hereby stipulate to dismiss this action pursuant to Fed. R. Civ. Proc 41(a)(1)(A)(ii), which provides, "subject to Rule[] 23(e) … and any applicable federal statute, the plaintiff

JOINT MOTION TO DISMISS ENTIRE ACTION AND ORDER OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]

may dismiss an action without a court order by filing: … a stipulation of dismissal signed by all parties who have appeared."

4.    Dismissal is effective upon the filing of a compliant notice or stipulation, as described in Fed. R. Civ. Proc. 41(a)(1)(A), and no court order is required.  *Stone v. Woodford*, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007).

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties through their undersigned counsel of record, that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff's individual claims be dismissed with prejudice and each party shall bear their own attorneys' fees and costs in this action.

The Parties respectfully request the Court to issue an order dismissing Plaintiff's individual claims with prejudice and directing the Clerk to close the case.

**IT IS SO STIPULATED.**

**[SIGNATURES FOLLOW ON NEXT PAGE]**

JOINT MOTION TO DISMISS ENTIRE ACTION AND ORDER OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]

Dated:  April 1, 2026              CASTLE LAW: CALIFORNIA EMPLOYMENT
                                   COUNSEL, PC


                                   By:   /s/ Kent L. Bradbury
                                         Timothy B. Del Castillo
                                         Lisa L. Bradner
                                         Kent L. Bradbury
                                         Bryce Q. Fick
                                         Attorneys for Plaintiff
                                         JORDAN BURKHARDT


Dated:  April 1, 2026              FISHER & PHILLIPS LLP


                                   By:   /s/ Madeleine Nadeau
                                         Bret Martin
                                         Madeleine M. Nadeau
                                         Attorneys for Defendant
                                         EXTRA SPACE MANAGEMENT, INC.

JOINT MOTION TO DISMISS ENTIRE ACTION AND ORDER OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]

**ATTESTATION**

Concurrence in the filing of this document as been obtained from each of the individuals whose electronic signature is attributed above.

Dated:  April 1, 2026                         CASTLE LAW: CALIFORNIA EMPLOYMENT
                                              COUNSEL, P.C.


                                              By:  ___/s/ Kent L. Bradbury_____
                                                   Kent L. Bradbury
                                                   Attorney for Plaintiff
                                                   JORDAN BURKHARDT


**[ORDER FOLLOWS ON NEXT PAGE]**

6

JOINT MOTION TO DISMISS ENTIRE ACTION AND ORDER OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]

## ORDER OF DISMISSAL

Plaintiff JORDAN BURKHARDT ("Plaintiff") and Defendant EXTRA SPACE MANAGEMENT, INC. have filed a joint motion to dismiss this action in its entirety. All parties have agreed to the dismissal.

In light of the joint motion, this action is **DISMISSED** in its entirety. Specifically, Plaintiff's individual claims are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *see also Ripley v. Bridgestone Retail Ops., LLC*., 2010 WL 11684294, at *2 (W.D. Wash. Sept. 2, 2010) (citing Moore's Federal Practice 3d, § 23.64[2][a] (2007)); *see also Richey v. GetWellNetwork, Inc.*, 2021 WL 424281, at *3 ("Because no class has been certified in this case, Rule 23 does not mandate either court approval of the instant settlement or notice to putative class members" [quoting *Allred v. Chicago Title Co.*, 2020 WL 5847550, at *1 (S.D. Cal. Oct. 1, 2020]).

Accordingly, the Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated:  April 1, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

JOINT MOTION TO DISMISS ENTIRE ACTION AND ORDER OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]